M. A. Brunson, et al., Plaintiffs in Error, v. State ex rel. D. C. Silvers, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Volusia.

Writ of Error dismissed on motion of counsel for plaintiffs in error.

*Stewart & Stewart*, for Plaintiffs in Error;

*Murray Sams* and *Grant Bly*, for Defendant in Error.

---

National Timber Company, Plaintiff in Error, v. T. J. Diamond, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Escambia.

Writ of Error dismissed on motion of counsel for defendant in error.

*Blount & Blount & Carter*, for Plaintiff in Error;

*E. D. Beggs*, for Defendant in Error.

---

Patrick H. Christopher, Appellant, v. Marie L. Christopher, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Hillsborough.